UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

| | |
|---|---|
| MICHAEL KEMP, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INC. & EQUIFAX INFORMATION SERVICES, LLC<br><br>Defendants. | Case No. 1:17-cv-00147 SA-DAS |

ORDER STAYING THESE PROCEEDINGS

This Court has considered the Defendants' Unopposed Motion to Stay or, in the Alternative, for an Extension of Time to Respond to the Complaint. The Motion is GRANTED. All proceedings and deadlines in this case are stayed until the Judicial Panel on Multidistrict Litigation resolves the Motions for Consolidation and Transfer Under 28 U.S.C. § 1407 filed in *In re Equifax, Inc., Customer Data Security Breach Litigation*, MDL No. 2800 (J.P.M.L. Sept. 11, 2017).

SO ORDERED, this 11th day of December, 2017.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE